# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:
(212) 465-1188
cklee@leelitigation.com

May 9, 2024

**Via ECF**:
The Honorable J. Paul Oetken, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *McCrae v. Oak Street Health, Inc. et al*
Case No. 1:24-cv-01670

Dear Judge Oetken:

Our office represents Plaintiff in the above referenced matter. We write, jointly with Defendants, to inform the Court that Defendants have produced an arbitration agreement, and to request the following: (1) referral to the SDNY Mediation Program, (2) a stay of discovery pending completion of the parties' mediation, and (3) an adjournment of the May 14, 2024 initial conference until after mediation and, should it be necessary, any briefing regarding the arbitration agreement produced by Defendants.

On April 23, 2024, Defendants produced an employee agreement related to Plaintiff's employment, which contained an arbitration clause. Prior to raising any dispute regarding the arbitration agreement or its terms, the parties conferred and agreed to attempt to mediate this case using the SDNY Mediation Program. Defendants' agreement to mediation is not to be considered a waiver of any future objection to the jurisdiction of this Court over Plaintiff's claims.

Should the mediation fail, the parties propose submitting a joint briefing schedule regarding disputes, if any, as to the arbitration agreement produced by Defendant.

We thank the Court for its time and attention to the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

**APPLICATION GRANTED:** The Initial Conference set for 5/14/2024 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Monday, June 24, 2024 at 3:15 p.m.
It is ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. Local Civil Rule 83.9 shall govern the mediation, and the parties shall participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.
It is further ORDERED that, upon the conclusion of mediation, the parties shall file a joint letter on ECF informing the Court as to whether this case was resolved. If the case is not resolved, the parties' letter shall also provide an update as to the status of discovery.
Counsel is reminded that I am referred for General Pretrial duties in this matter. Any adjournment/extension of time request should be directed to my chambers.

APPLICATION GRANTED
Hon. Katharine H. Parker, U.S.M.J.
05/10/2024