

Seyfarth Shaw LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
**T** (404) 885-1500
**F** (404) 892-7056

lhaas@seyfarth.com
**T** (404) 704-9696

www.seyfarth.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/21/2024
```

**MEMO ENDORSED**

June 20, 2024

<u>VIA ECF</u>

The Honorable Katharine H. Parker
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *McCrae v. Oak Street Health, Inc. et al.*, No. 1:24-cv-01670-JPO-KHP
  Request to Extend Status Report Deadline and June 24, 2024 Status Conference

Your Honor:

This Firm represents Defendants Oak Street Health, Inc. and Oak Street Health MSO, LLC (collectively, "Defendants") in the above-referenced action. We write to request that the Court postpone next week's conference to be held on June 24 by one week, or whenever thereafter the Court has availability, and delay the submission of the status update due tomorrow, June 21, 2024 by the same amount of time.  After conferral, Plaintiff does not join in this request.

The parties had been in discussions about asking the Court to adjourn next week's conference given the mediation scheduled with Mediator Roger Briton for July 25, 2024, which may have resolved the matter in its entirety.  Plaintiff, however, informed defense counsel on July 20 at 2:44 pm that she believes her Arbitration Agreement produced by Defendants is not enforceable.  Defendant wishes to confer in the coming days regarding Plaintiff's position to determine whether mediation remains appropriate for this case.

In light of this recent development in Plaintiff's position, and given lead defense counsel's residency in Georgia, Defendant requests that the June 24 conference be postponed by one week, or whenever thereafter the Court has availability, and the status update due on June 21 be similarly postponed.



June 20, 2024
Page 2

We thank the Court for its consideration of this motion.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Lennon B. Haas*

Lennon B. Haas

---

**APPLICATION GRANTED:**  The Initial Conference set for Monday, June 24, 2024 at 3:15 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Monday, August 5, 2024 at 11:30 a.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

06/21/2024