UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAHARI MCCRAE, *on behalf of herself, FLSA Collective Plaintiffs, and the Class,*<br><br>Plaintiff,<br><br>v.<br><br>OAK STREET HEALTH, INC. and OAK STREET HEALTH MSO, LLC,<br><br>Defendants. | Case No.: 1:24-cv-01670<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** that the Parties mutually agree to arbitrate all the individual claims found in the complaint before the American Arbitration Association ("AAA").

**IT IS FURTHER STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims are dismissed without prejudice, in their entirety, against Defendants. Each party waives all rights to appellate review of any order in this case, including but not limited to the order compelling arbitration.

For the Defendants:

By: _____
Alexander W. Simon
SEYFARTH SHAW LLP
1075 Peachtree St. NE, Suite 2500
Atlanta, Georgia 30309-3958
asimon@seyfarth.com
T: (404) 885-1500

Date: _____October 30, 2025_____

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY, 10011

Date: _____10/30/25_____

So ordered.
The Clerk of Court is directed to close this case.
Dated: 10/31/2025

_____
J. PAUL OETKEN
United States District Judge